# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:04CR93-8

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| REBECCA CHRISTINE JORDAN ) | |
| LAYEL ) | |
| ) | |

**THIS MATTER** is before the Court on a *pro se* motion by the Defendant (who is incarcerated in a federal prison in Tallahassee, Florida) for the Court's permission to correspond with her husband who is presently incarcerated at a federal correctional facility in Inez, Kentucky.

Regulations regarding the exchange of correspondence between federal prisoners is within the jurisdiction of the Bureau of Prisons; therefore, this Court has no authority to provide the relief requested.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **DENIED**.

2

Signed: August 8, 2006

Lacy H. Thornburg
United States District Judge